IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20mj 1375-KN

| | |
|---|---|
| IN RE APPLICATION OF THE ) <br> UNITED STATES OF AMERICA FOR ) <br> AN ORDER AUTHORIZING THE ) <br> INSTALLATION AND USE OF PEN ) <br> REGISTERS AND TRAP AND TRACE ) <br> DEVICES | MOTION TO SEAL |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby requests the above-captioned matter be sealed until ordered unsealed by the Court so that information contained therein will not be made public.

The United States of America believes that to reveal the existence of the pen register and trap and trace device in the above-captioned matter at this time could result in adverse effects, to include endangering the life and physical safety of an individual, flight from prosecution by persons that are the subject of an ongoing investigation, destruction of or tampering with evidence and, furthermore, could seriously jeopardize an ongoing investigation.

WHEREFORE, the United States of America respectfully prays for the sealing of the above-referenced matter until such time as the United States Attorney's Office requests it be unsealed by the Court pursuant to Title 18, United States Code, Section 3123(d)(2). The United States also requests that the Clerk be directed to provide the United States and the Naval Criminal Investigative Service with filed copies of the

Application and Order authorizing the disclosure of telecommunications records, not to include contents of communications, and requests to install and use a pen register and trap and trace device, as well as filed copies of the Motion and Order to Seal the above-captioned matter.

Dated this the 6th day of April, 2020.

ROBERT J. HIGDON, JR.
United States Attorney

*Barbara D. Kocher*

BY: BARBARA D. KOCHER
Assistant United States Attorney
Criminal Division
150 Fayetteville St. Suite 2100
Raleigh, NC 27601-1461
Telephone: (919) 856-4530
Facsimile: (919) 856-4828
Email: barb.kocher@usdoj.gov
N.C. State Bar #16360