IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-MJ-1375

IN RE APPLICATION OF THE UNITED )
STATES OF AMERICA FOR AN ORDER )
AUTHORIZING THE INSTALLATION )
AND USE OF PEN REGISTERS AND )
TRAP AND TRACE DEVICES FO RTHE )
CELLULAR TELEPHONE ASSIGNED )
CALL NUMBER (408) 209-4242 )

ORDER TO UNSEAL

Upon motion of the United States, it is hereby ORDERED that this case and all documents pertaining to it be unsealed.

This the  18th  day of September, 2020.

*Robert T Numbers II*

ROBERT T. NUMBERS, II
UNITED STATES MAGISTRATE JUDGE

1